**Cedric Dion FUNDERBURK, Petitioner–Appellant,**

v.

**Rick JACKSON, Superintendent, Respondent–Appellee.**

No. 00–7774.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 17, 2001.

Cedric Dion Funderburk, pro se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellee.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

* The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c)

PER CURIAM.

Cedric Funderburk appeals the district court's order dismissing as untimely his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Funderburk v. Jackson,* No. CA–00–263–1 (M.D .N.C. Nov. 6, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*